# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF WILLIAM LAGGNER<br><br>REQUEST FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 IN AID OF FOREIGN PROCEEDINGS<br><br>Applicant. | Case No.: 1:23-mc-00074-NYW<br><br>**DECLARATION OF BHAVESH PATEL IN SUPPORT OF APPLICATION FOR DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782** |

Pursuant to 28 U.S.C. § 1746, I, Bhavesh Patel, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a partner at the law firm of Travers Thorp Alberga which represents William Laggner (along with other petitioners) in connection with an ongoing legal proceeding pending before the Grand Court of the Cayman Islands. I submit this declaration in support of the Application for Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782.

2. On June 14, 2022, Mr. Laggner (along with other petitioners) filed a Winding Up Petition in the Grand Court of the Cayman Islands. A true and accurate copy of the Winding Up Petition is attached hereto as <u>Exhibit 1</u>.

3. The Grand Court is a court of first instance in the Cayman Islands.

4. Under Cayman Islands evidence law, Cayman Islands courts may receive all kinds of evidence, including evidence obtained from Section 1782 proceedings. The Cayman Islands procedural and evidentiary rules contain no prohibition against judicial discovery proceedings such as these. In this case, there is no indication that the Cayman Islands court would reject evidence obtained through this Section 1782 proceeding. On the contrary, the Grand Court is

1

highly likely to accept and admit evidence obtained pursuant to Section 1782.

5. In the ongoing proceedings in the Cayman Islands, the petitioners are not able to obtain the same discovery that they seek here as Mr Ricardo Salinas Pliego is not a party to the proceedings in the Cayman Islands. Relevant documents in his possession, custody or control are not within the Grand Court's jurisdictional reach.

6. Mr. Lagger intends to use the discovery obtained pursuant to 28 U.S.C. § 1782 for use in the Cayman Islands proceedings before the Grand Court.

Pursuant to 28 U.S.C. § 1746, I, Bhavesh Patel, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

George Town, Cayman Islands

DATE: July 19, 2023

*Bhavesh Patel*

Bhavesh Patel
Travers Thorp Alberga
Harbour Place, P.O. Box 472
103 South Church Street
Grand Cayman KY1-1106, Cayman Islands

2